# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARIAM E. MORRIS | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-1623-S |
| INSTIL BIO, INC. | § | |

## JUDGMENT

By separate Order, the Court has granted Defendant Instil Bio Inc.'s Motion to Compel Arbitration [ECF No. 17]. It is therefore **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and that all claims asserted by Plaintiff Mariam E. Morris in this action against Defendant Instil Bio, Inc. shall be arbitrated in accordance with the arbitration provisions in the Consulting Agreement between the parties. Court costs are taxed against Plaintiff. All relief not expressly granted is **DENIED**. This is a final judgment.

**SO ORDERED.**

SIGNED March 16, 2022.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE